In the Matter of the Application of ROGER B. JONES for Admission to Practice as an Attorney. (From the State of Missouri.) — Application granted. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

In the Matter of the Application of JAMES STEWART McCLENDON for Admission to Practice as an Attorney. (From the State of Minnesota.) — Application granted. Present — Nolan, P. J., Carswell, Adel, MacCrate and Beldock, JJ.

### (April 13, 1953.)

CELIA Z. GLOTZER, Respondent, v. BENJAMIN D. GLOTZER, Appellant.— In a separation action, order, insofar as it grants respondent's motion to punish appellant for contempt in failing to comply with the judgment, and denies appellant's motion to vacate the judgment as having been entered by consent contrary to rule 283 of the Rules of Civil Practice, affirmed, with $10 costs and disbursements. It is hereby found that appellant abandoned and failed to support respondent. Carswell, Adel, MacCrate and Beldock, JJ., concur; Nolan, P. J., dissents and votes to reverse the order and to deny respondent's motion and to grant appellant's motion. [See *post*, p. 1030.]